UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

        v.

YUKOM COMMUNICATIONS LTD.,
LINKOPIA MAURITIUS LTD.,
WIRESTECH LIMITED d/b/a BIGOPTION,
WSB INVESTMENT LIMITED d/b/a
BINARYBOOK, ZOLAREX LTD. d/b/a
BINARYONLINE, YAKOV COHEN,
YOSSI HERZOG, LEE ELBAZ, and
SHALOM PERETZ,

        Defendants.

Case No. 1:19-cv-05416
Hon. Andrea R. Wood

**MOTION TO EXTEND THE TIME TO FILE
JOINT INITIAL STATUS REPORT**

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") respectfully requests that this Court extend the time for the Commission and Defendants Yukom Communications Ltd. ("Yukom"), Linkopia Mauritius Ltd. ("Linkopia"), Wirestech Limited d/b/a BigOption ("Wirestech"), WSB Investment Ltd d/b/a BinaryBook ("WSB"), Zolarex Ltd. d/b/a BinaryOnline ("Zolarex"), Yakov Cohen ("Cohen"), Yossi Herzog ("Herzog"), Lee Elbaz ("Elbaz") and Shalom Peretz ("Peretz") (collectively, the "Yukom Defendants") to file a Joint Initial Status Report and in support states as follows:

    1.    On August 12, 2019, the Commission filed its five-count Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief ("Complaint"), charging the Yukom Defendants with fraudulently soliciting individuals throughout the United States and other

countries to enter into illegal, off-exchange transactions in binary options through fictitious entities using the trade names "BigOption," "BinaryBook," and "BinaryOnline" in violation of Sections 2(e), 4c(b), 4d(a)(1), and 6(c)(1) of the Commodity Exchange Act, 7 U.S.C. §§ 2(e), 6c(b), 6d(a)(1), 9(1) (2012), and Commission Regulations 32.2, 32.4, 180.1(a)(1)-(3), 17 C.F.R. §§ 32.2, 32.4, 180.1(a)(1)-(3) (2019).

2. On August 15, 2019, this Court entered a Minute Order setting an initial status hearing for October 15, 2019 and instructing the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint written status report by October 8, 2019. (ECF No. 6). Because only one of the Yukom Defendants have been served (and none of the Yukom Defendants have filed a responsive pleading), the parties are not able to fulsomely comply with their meet and confer obligations or to propose reasonable dates for the completion of discovery in this matter.

3. On August 23, 2019, the Commission served Elbaz with Summons and the Complaint (ECF No. 8). Elbaz has failed to answer or otherwise respond to the Complaint, and the Commission anticipates requesting that the Court enter a default judgment against her. On August 7, 2019, shortly before the filing of the Complaint, Elbaz was convicted by a federal jury of wire fraud and conspiracy to commit wire fraud. *United States v. Elbaz*, Case No. 18-cr-00157 (D. Md.). She is currently awaiting sentencing.

4. All of the remaining Yukom Defendants are located outside of the United States. As detailed below, on August 14, 2019, the Commission initiated service of process as to those defendants pursuant to Federal Rule of Civil Procedure 4(f)(1) and the Hague Convention, but has yet to successfully serve on any of the off-shore defendants. The status of the Commission's efforts to serve those defendants is as follows:

- Cohen, Herzog, and Peretz:  At the time the Commission filed the Complaint, the three remaining individual defendants, Cohen, Herzog, and Peretz, were all believed to be located in Israel.  Their respective Summons and Complaint were sent via Registered Mail on August 14, 2019 pursuant to Article 10 of the Hague Convention, As of October 1, 2019, all remain "in transit to destination" according to U.S. Postal Service records.  Recently, the Commission has received information indicating that Cohen may be residing at an undisclosed location in the Congo.  The Department of Justice has disclosed, in connection with Elbaz's (then upcoming) criminal trial that it had indicted nine individuals including Herzog.  *See* Order (ECF No. 17), *United States v. Sealed*, No 19-cr-0077 (D. Md. June 12, 2019).

- Yukom: On August 14, 2019, the Commission initiated service on Yukom's offices in Ceasarea, Israel via Registered Mail pursuant to Article 10 of the Hague Convention.  As of October 1, 2019, U.S Postal Service records indicate that the return is "on its way to a USPS facility."

- Linkopia is located in Mauritius. The Commission has been unable to determine the status of service on Linkopia, as U.S. Postal Service Registered Mail tracking is not available for Mauritius.

- Wirestech and Zolarx are located in the Marshall Islands. On August 21, 2019, a process server attempted to serve Wirestech and Zolarx through their designated registered agent, the Trust Company of the Marshall Islands ("TCMI"), but was apparently unable to effect service at that time. Subsequently, undersigned counsel has communicated with counsel for TCMI's parent International Registries, Inc. ("IRI") which has offices in the United States.  Having confirmed that the Commission has the correct address, further attempts at service through hand delivery at the TCMI should occur next week.

- WSB is located in St. Vincent & the Grenadines.  As of October 1, 2019, the status of service was "departed a transfer airport at E.T. Joshua, St. Vincent" – the same status update that has been in place since August 27, 2019.  Due to concerns that the Summons and Complaint may have been destroyed due to a recent hurricane and tropical storms, the Commission is reissuing service to WSB.

5. Because the Commission has not yet served eight of the nine Yukom Defendants, as well as the fact that Elbaz, the only defendant who has been served, has not filed a responsive pleading, it would be premature to set discovery deadlines or make any substantive recommendations at this time.  Therefore, the Commission respectfully requests that the Court extend the October 8, 2019 deadline for the parties to file their Initial Status Report by until December 13, 2019 or other reasonable date set by the Court.

6.	Unless otherwise ordered, undersigned counsel for the Commission will be present for the initial status hearing on October 15, 2019 and will be prepared to provide further updates to the Court at that time.

WHEREFORE, for the reasons set forth above, the Commission respectfully requests that this Court extend the October 8, 2019 deadline for the parties to file their Initial Status Report by until December 13, 2019 or other reasonable date set by the Court and grant such further relief as is just and proper.

Dated: October 3, 2019

    Respectfully submitted,

    /s/ Elizabeth N. Pendleton

    Elizabeth N. Pendleton
    Elizabeth M. Streit
    Scott R. Williamson

    Attorneys for Plaintiff
    Commodity Futures Trading Commission
    525 W. Monroe St.
    Chicago, IL 60661
    Tel. (312) 596-0700
    Fac. (312) 596-0714
    *ependleton@cftc.gov*
    *estreit@cftc.gov*
    *swilliamson@cftc.gov*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that on October 3, 2019, she caused a true and accurate copy of the **Motion to Extend** and accompanying **Notice of Motion** to be served on Defendants (all non CM/ECF participants) via U.S. mail as shown below.

**Yukom Communications Ltd.**
19 Tarshish Street,
Ceasarea, Israel 3088900

**Yakov Cohen**
Sderot Yakov 61
Rishon Le-Zion
Merkaz, Israel 75522

**Linkopia Mauritius Ltd.**
3rd Floor, Cyber Tower 2
Ebene, Plaines Wilhems
Mauritius 72201

**Lee Elbaz**
Correctional Treatment Facility
1901 E St SE
Washington, DC 20003

**Wirestech Ltd.**
c/o the Trust Company of the Marshall Islands
Trust Company Complex,
Ajeltake Road
Ajeltake Island, Majuro
Republic of the Marshall Islands MH 96960

**Yossi Herzog**
11 Rambam Street
Bat Yam , Israel
5931122

**WSB Investment Ltd.**
Financial Services Center
Stoney Ground
Kingstown, St. Vincent & the Grenadines

**Shalom Peretz**
Rambam Street 11
Bat Yam Israel, 5930516

**Zolarex Ltd.**
c/o the Trust Company of the Marshall Islands
Trust Company Complex,
Ajeltake Road
Ajeltake Island, Majuro
Republic of the Marshall Islands MH 96960

/s/ Elizabeth N. Pendleton
Elizabeth N. Pendleton
Senior Trial Attorney
*ependleton@cftc.gov*