UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Commodity Futures Trading Commission
                                                    Plaintiff,

v.                                                  Case No.: 1:19–cv–05416
                                                    Honorable Andrea R. Wood

Yukom Communications Ltd., et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2019:

    MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's Motion for extension of time [9] is granted. The parties to file their initial joint status report by 12/13/2019. The motion presentment date of 10/8/2019 is stricken; parties need not appear. Initial status hearing set for 10/15/2019 remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.