# EXHIBIT A

| | |
|---|---|
| From: | Pendleton, Elizabeth |
| To: | kobikon@gmail.com; kobi@linkopiamu.com |
| Cc: | Streit, Elizabeth M.; Pan, Stacie |
| Subject: | CFTC v. Yukom et al (ND Ill., Case No. 1:19-cv-05416) |
| Date: | Monday, June 8, 2020 9:37:31 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | DE 1 - Complaint.pdf |
| | Alias Summons COHEN 5.28.20_stamped_528202011506.pdf |
| | Alias Summons YUKOM 5.28.20_stamped_5282020114931.pdf |

Mr. Cohen,

Attached are duplicate copies of the Complaint and Summons that have been mailed to your last known address, as well as Yukom's business known address, today.

Please contact me (or, if applicable, have your attorney contact me) if you wish to discuss this matter.



**Elizabeth N. Pendleton**
Chief Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0629
ependleton@cftc.gov

WARNING: This message is intended only for the use of the addressee and may contain information that is privileged, proprietary in nature, or otherwise protected by law from disclosure. If you are not the addressee, you are notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please telephone or reply to me immediately and delete all copies of the message from your computer systems.