UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>YUKOM COMMUNICATIONS LTD., LINKOPIA MAURITIUS LTD., WIRESTECH LIMITED d/b/a BIGOPTION, WSB INVESTMENT LIMITED d/b/a BINARYBOOK, ZOLAREX LTD. d/b/a BINARYONLINE, YAKOV COHEN, YOSSI HERZOG, LEE ELBAZ, and SHALOM PERETZ,<br><br>       Defendants. | Case No. 1:19-cv-05416<br>Hon. Andrea R. Wood |

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT**

I, Elizabeth N. Pendleton, being duly sworn, state as follows:

1.     I am an attorney for the plaintiff, Commodity Futures Trading Commission ("Commission"), in the above-titled action and I am familiar with the file, records, and pleadings in this matter.

2.     On August 12, 2019, the Commission ("Commission" or "CFTC") filed a five-count Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief ("Complaint", ECF No. 1) against Defendants Yukom Communications Ltd. ("Yukom"), Linkopia Mauritius Ltd. ("Linkopia"), Wirestech Limited d/b/a BigOption ("Wirestech"), WSB Investment Ltd d/b/a BinaryBook ("WSB"), Zolarex Ltd. d/b/a BinaryOnline ("Zolarex"), Yakov Cohen ("Cohen"), Yossi Herzog ("Herzog"), Lee Elbaz ("Elbaz") and Shalom Peretz ("Peretz") (collectively, the "Yukom Defendants") and issued summons to each of the Yukom Defendants.

3. Defendant Elbaz was served with summons and a copy of the Complaint via hand delivery on August 23, 2019. (ECF No. 8).

4. An answer to the Complaint from Defendant Elbaz was due on September 13, 2019. Defendant Elbaz has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

5. Defendant Linkopia was served with summons and a copy of the Complaint via registered mail, signed receipt returned, to the company's registered address in Mauritius, on October 2, 2019. (ECF No. 15).

6. An answer to the Complaint from Defendant Linkopia was due on October 23, 2019. Defendant Linkopia has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

7. Defendant Zolarex was served with summons and a copy of the Complaint via hand delivery to the Trust Company of the Marshall Islands on October 8, 2019. (ECF No. 13).

8. An answer to the Complaint from Defendant Zolarex was due on October 29, 2019. Defendant Zolarex has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

9. Defendant Wirestech was served with summons and a copy of the Complaint via hand delivery to the Offices of the Attorney General of the Marshall Islands on October 14, 2019. (ECF No. 14).

10. An answer to the Complaint from Defendant Wirestech was due on November 4, 2019. Defendant Wirestech has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

11. Defendant WSB was served with summons and a copy of the Complaint via registered mail, signed receipt returned, to the company's registered address in St. Vincent and the Grenadines on or before November 15, 2019. (ECF No. 18).

12. An answer to the Complaint from Defendant WSB was due on December 6, 2019. Defendant WSB has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

13. Defendant Yukom was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page. (ECF No. 32)

14. An answer to the Complaint from Defendant Yukom was due on June 29, 2020. Defendant Yukom has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

15. Defendant Herzog was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page. (ECF No. 33)

16. An answer to the Complaint from Defendant Herzog was due on June 29, 2020. Defendant Herzog has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

17. Defendant Peretz was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published

on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page. (ECF No. 34).

18. An answer to the Complaint from Defendant Peretz was due on June 29, 2020. Defendant Peretz has failed to appear, plead or otherwise defend within the time allowed, and, therefore, is now in default.

19. The Commission now requests that the Clerk of the Court enter default against Defendants Yukom Communications Ltd., Linkopia Mauritius Ltd., Wirestech Limited d/b/a BigOption, WSB Investment Ltd d/b/a BinaryBook, Zolarex Ltd. d/b/a BinaryOnline, Yossi Herzog, Lee Elbaz, and Shalom Peretz.

*Elizabeth N. Pendleton* 7/6/20
Elizabeth N. Pendleton
Attorney for Plaintiff

"OFFICIAL SEAL"
JOY MCCORMACK
Notary Public, State of Illinois
My Commission Expires 8/1/2022

Sworn to and subscribed before me this 6th day of July, 2020.

*Joy McCormack*
Notary Public

My Commission Expires: 8/1/2022