UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

COMMODITY FUTURES TRADING
COMMISSION,

       Plaintiff,

    v.

YUKOM COMMUNICATIONS LTD.,
LINKOPIA MAURITIUS LTD.,
WIRESTECH LIMITED d/b/a BIGOPTION,
WSB INVESTMENT LIMITED d/b/a
BINARYBOOK, ZOLAREX LTD. d/b/a
BINARYONLINE, YAKOV COHEN,
YOSSI HERZOG, LEE ELBAZ, and
SHALOM PERETZ,

       Defendants.

Case No. 1:19-cv-05416
Hon. Andrea R. Wood

## NOTICE OF MOTION

    Please take notice that on July 14, 2020 at 9:00 a.m. or soon thereafter we shall appear **via remote means as directed by the Court** before the Honorable Andrea R. Wood, or such other Judge as may be sitting in her stead, in Courtroom 1925 of the U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Entry of Default

Dated: July 7, 2020

                                  Respectfully submitted,

                                  */s/ Elizabeth N. Pendleton*

                                  Elizabeth N. Pendleton
                                  Elizabeth M. Streit
                                  Attorneys for Plaintiff
                                  Commodity Futures Trading Commission