UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

     v.

YUKOM COMMUNICATIONS LTD.,
LINKOPIA MAURITIUS LTD.,
WIRESTECH LIMITED d/b/a BIGOPTION,
WSB INVESTMENT LIMITED d/b/a
BINARYBOOK, ZOLAREX LTD. d/b/a
BINARYONLINE, YAKOV COHEN,
YOSSI HERZOG, LEE ELBAZ, and
SHALOM PERETZ,

        Defendants.

Case No. 1:19-cv-05416
Hon. Andrea R. Wood

## STATUS REPORT REGARDING SERVICE

Pursuant to the Court's April 20, 2020 Order (ECF No. 27), plaintiff United States Commodity Futures Trading Commission ("Commission"), submits the following status report regarding service:

1. The Commission has served all of the Defendants. Specifically, the Commission has effected service as follows:

- Yukom Communications Ltd. ("Yukom") was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page (ECF No. 32);

- Linkopia Mauritius Ltd. ("Linkopia") was served with summons and a copy of the Complaint via registered mail, signed receipt returned, to the company's registered address in Mauritius, on October 2, 2019 (ECF No. 15);

- Wirestech Limited d/b/a BigOption ("Wirestech") was served with summons and a copy of the Complaint via hand delivery to the Offices of the Attorney General of the Marshall Islands on October 14, 2019 (ECF No. 14);

- WSB Investment Limited d/b/a BinaryBook ("WSB") was served with summons and a copy of the Complaint via registered mail, signed receipt returned, to the company's registered address in St. Vincent and the Grenadines on or before November 15, 2019 (ECF No. 18);

- Zolarex Ltd. d/b/a BinaryOnline ("Zolarex") was served with summons and a copy of the Complaint via hand delivery to the Trust Company of the Marshall Islands on October 8, 2019 (ECF No. 13);

- Yakov Cohen ("Cohen") was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page (ECF No. 31);

- Yossi Herzog ("Herzog") was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page (ECF No. 33);

- Lee Elbaz ("Elbaz") served with summons and a copy of the Complaint via hand delivery on August 23, 2019 (ECF No. 8); and

- Shalom Peretz ("Peretz") was served with summons and a copy of the Complaint via email and regular mail on June 8, 2020 and via publication through the Times of Israel published on the front page for a week commencing May 21, 2020 and for six months thereafter on the back page. (ECF No. 34).

2. None of the Defendants have answered or otherwise responded to the Complaint. Defendant Cohen has appeared (ECF No.30) and is currently due to answer or otherwise respond to the complaint by July 13, 2020 (ECF No. 36).

3. Currently pending is the Commission's request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) against eight of the nine defendants, namely Yukom, Linkopia, Wirestech, WSB, Zolarex, Herzog, Elbaz, and Peretz. (ECF No. 39).

Dated: July 7, 2020                                  Respectfully submitted,

                                                     /s/ *Elizabeth N. Pendleton*

                                                     Elizabeth N. Pendleton
                                                     Attorney for Plaintiff
                                                     Commodity Futures Trading Commission

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that on July 7, 2020, she caused a true and accurate copy of this **Status Report** to be served on Defendant **Yakov Cohen** via the Court's CM/ECF system and to be served on the following Defendants (all non CM/ECF participants) via U.S. mail as shown below.

**Yukom Communications Ltd.**
19 Tarshish Street,
Ceasarea, Israel 3088900

**Shalom Peretz**
Rambam Street 11
Bat Yam Israel, 5930516

**Linkopia Mauritius Ltd.**
3rd Floor, Cyber Tower 2
Ebene, Plaines Wilhems
Mauritius 72201

**Lee Elbaz**
Correctional Treatment Facility
1901 E St SE
Washington, DC 20003

**Wirestech Ltd.**
c/o the Trust Company of the Marshall Islands
Trust Company Complex,
Ajeltake Road
Ajeltake Island, Majuro
Republic of the Marshall Islands MH 96960

**Yossi Herzog**
Holga 7 Zichron
Yaacov Israel 30900

**WSB Investment Ltd.**
Financial Services Center
Stoney Ground
Kingstown, St. Vincent & the Grenadines
VC0130

**Zolarex Ltd.**
c/o the Trust Company of the Marshall Islands
Trust Company Complex,
Ajeltake Road
Ajeltake Island, Majuro
Republic of the Marshall Islands MH 96960

      /s/ Elizabeth N. Pendleton
      Elizabeth N. Pendleton
      Chief Trial Attorney
      *ependleton@cftc.gov*