# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                    Plaintiff,

v.                                     Case No.: 1:19–cv–05416
                                            Honorable Andrea R. Wood

Yukom Communications Ltd., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant Yakov Cohen's second unopposed motion for extension of time to respond to Plaintiff's complaint [42] is granted. The Court sets the following briefing schedule on Defendant Cohen's anticipated motion to dismiss: Defendant Cohen shall file his motion to dismiss or otherwise respond to the complaint by 7/31/2020; Plaintiff shall file a response by 8/21/2020, and; Defendant shall file any reply by 9/4/2020. Telephonic status and motion hearing remains set for 7/14/2020. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.