**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Commodity Futures Trading Commission
                                   Plaintiff,

v.                                                                 Case No.: 1:19–cv–05416
                                                                 Honorable Andrea R. Wood

Yukom Communications Ltd., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Telephone motion and status hearing held on 7/14/2020. Discovery is stayed. For the reasons stated on the record, Plaintiff's motion for entry of default [39] is granted in part and denied in part. The motion is granted as to Defendants Linkopia Mauritius Ltd, Wirestech Limited, WSB Investment Ltd, Zolarex Ltd., and Lee Elbaz. The Court enters default pursuant to Fed. R. Civ. P. 55(a) as to those Defendants. The motion is denied without prejudice as to Defendants Yossi Herzog, Shalom Peretz, and Yukom Communications Ltd. (Yukom). The motion at docket entry [37] is terminated. The Court grants Plaintiff's oral motion to modify the prior service order. Defendants Herzog, Peretz, and Yukom will be deemed served on the latter of (1) the date when the summons and complaint were sent to their last known address by ordinary mail; (2) the date the summons and complaint were sent to the email address they have used in the past; or (3) 90 days after the publishing of notice in the Times of Israel. Telephone status hearing set for 11/5/2020 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice(dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.