UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

YUKOM COMMUNICATIONS LTD.,
LINKOPIA MAURITIUS LTD.,
WIRESTECH LIMITED d/b/a BIGOPTION,
WSB INVESTMENT LIMITED d/b/a
BINARYBOOK, ZOLAREX LTD. d/b/a
BINARYONLINE, YAKOV COHEN,
YOSSI HERZOG, LEE ELBAZ, and
SHALOM PERETZ,

      Defendants.

Case No. 1:19-cv-05416

Hon. Andrea R. Wood

_____

**DEFENDANT YAKOV COHEN'S MOTION TO DISMISS**

Defendant Yakov Cohen, by and through the undersigned counsel, respectfully moves to dismiss Plaintiff Commodity Futures Trading Commission's ("Plaintiff," "CFTC" or "Commission") Complaint [ECF No. 1] for failure to state a claim upon which relief can be granted under Rules 8, 9(b)(6), and 12(b)(6) of the Federal Rules of Civil Procedure. For the following reasons, as well as those in Cohen's Memorandum of Law in Support of his Motion to Dismiss ("Supporting Memorandum"), which is filed concurrently with this Motion and incorporated herein by reference, Cohen moves to dismiss the Plaintiff Commodity Futures Trading Commission's Complaint [ECF No. 1].

1.      In the Complaint, Plaintiff alleges violations of the following: 1) Section 4c(b) of the Commodity Exchange Act ("CEA") and Regulation 32.4 (Count One – "Commodity Option Fraud"); 2) Section 6(c)(1) of the CEA and Regulation 180.1(a)(1)-(3) (Count Two – "Swap Fraud"); 3) Section 4c(b) of the CEA and Regulation 32.2 (Count Three – "Illegal Off- Exchange Commodity Options"); 4) Section 2(e) of the CEA) (Count Four – "Illegal Off-Exchange Retail Swaps"); and 5) Section 4d(a)(1) of the CEA (Count Five – "Acting as Unregistered FCMs").

2.      Regarding Counts One through Five above, the CFTC's allegations of fraud fail to meet the heightened pleading requirements of Rule 9(b). Specifically, the Complaint fails to satisfy the heightened pleading requirements of Rule 9(b) for three main reasons. First, the CFTC lumps the defendants together and fails to allege fraud claims against Cohen with particularity. Second, the Complaint is rife with vague and broad allegations that do not satisfy Rule 9(b)'s pleading requirements. Finally, the Complaint does not plead circumstances of fraud with particularity because certain allegations are based "upon information and belief."

3.      Moreover, to the extent that the CFTC is pleading claims that are not deemed to "sound in fraud," such claims similarly fail to meet the pleading requirements of Rules 8 and 12(b)(6).

4.      In conclusion, the claims brought against Cohen must be dismissed as Plaintiff cannot state a claim with regard to any of the causes of actions asserted.

5.      Finally, pursuant to the Court's online directives, Cohen respectfully requests that the Court set his Motion for oral argument *after* it has been fully briefed by both parties in writing. Defense Counsel conferred with CFTC's Counsel concerning this request for oral argument. Cohen advises that the CFTC plans to respond to the instant Motion in writing, pursuant to the

previously ordered briefing schedule, and has no objection to the Court setting this Motion for oral arguments after briefing.

WHEREFORE, for these reasons and those set forth in Defendant Cohen's Supporting Memorandum, Cohen respectfully request that the Court enter an order dismissing the Complaint with prejudice and granting any such other just and equitable relief.

Dated: July 30, 2020

                                            Respectfully submitted,

                                            /s/ James D. Sallah
                                            James D. Sallah
                                            Fla. / N.D. Ill. Bar No. 92584
                                            jds@sallahlaw.com

                                            SALLAH ASTARITA & COX, LLC
                                            *Counsel for Yakov Cohen*
                                            3010 North Military Trail, Ste. 210
                                            Boca Raton, Florida 33431
                                            (561) 989-9080
                                            (561) 989-9020 (Fax)

**CERTIFICATE OF SERVICE**

The undersigned, an attorney for Defendant Yakov Cohen, hereby certifies that on July 30, 2020, he caused a true and accurate copy of the **Defendant Yakov Cohen's Motion to Dismiss** to be served on the following, including all non- CM/ECF participants via U.S. Mail as shown below.

**Elizabeth N. Pendleton, Esq.**
**Elizabeth M. Streit, Esq.**
**Scott R. Williamson, Esq.**
Attorneys for Plaintiff
Commodity Futures Trading Commission
525 W. Monroe St.
Chicago, IL 60661

**Yossi Herzog**
Holga 7 Zichron
Yaccov Isreal 30900

**Lee Elbaz,** Reg. No. 81371-053
FCI Dublin
Federal Correctional Institution
5701 8th Street-Camp Parks
Dublin, CA 94568

**Shalom Peretz**
Rambam Street 11
Bat Yam Israel, 5930516

**Yukom Communications Ltd.**
19 Tarshish Street,
Ceasarea, Israel 3088900

**Linkopia Mauritius Ltd.**
3rd Floor, Cyber Tower 2
Ebene, Plaines Wilhems
Mauritius 72201

**Wirestech Ltd.**
c/o the Trust Company of the Marshall Islands
Trust Company Complex,
Ajeltake Road
Ajeltake Island, Majuro
Republic of the Marshall Islands MH 96960

**WSB Investment Ltd.**
Financial Services Center
Stoney Ground
Kingstown, St. Vincent & the Grenadines
VC0130

**Zolarex Ltd.**
c/o the Trust Company of the Marshall Islands
Trust Company Complex,
Ajeltake Road
Ajeltake Island, Majuro
Republic of the Marshall Islands MH 96960

/s/James D. Sallah, Esq.
James D. Sallah, Esq.
Fla. / N.D. Ill. Bar No. 0092584
jds@sallahlaw.com