# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                                          Plaintiff,

v.                                                                              Case No.: 1:19–cv–05416
                                                                              Honorable Andrea R. Wood

Yukom Communications Ltd., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2020:

       MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 10/2/2020. Defendant Yakov Cohen's motion to dismiss [47] is taken under advisement for ruling as fully briefed. For the reasons stated on the record, Plaintiff&#039;s renewed motion for entry of default as to Defendants Herzog, Peretz, and Yukom [54] is granted. The Court enters default pursuant to Fed. R. Civ. P. 55(a) against Defendants Yukom Communications Ltd., Yossi Herzog, and Shalom Peretz. Telephonic status hearing set for 11/5/2020 is stricken and reset for 12/3/2020 at 10:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.